AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Edward J. Link

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV02113

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 12/11/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *pro se* ~~~~~~~~ (name and address)

Edward J. Link
32 Mayflower Lane
Buffalo, MO 65622
(417) 345-5492

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     **DEC 11 2006**

CLERK     DATE

_M. Heggins_
(By) DEPUTY CLERK

RECEIVED

JAN - 2

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  12-26-06 |
| NAME OF SERVER (PRINT)  JAMES D. CASTELLI | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): REGISTERED MAIL: # RA 113940893 US

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-26-06         James D. Castelli
              Date            Signature of Server

1620 Espanola Ave #E Holly Hill, FL 32117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Direct Query - Intranet - "Quick" Search

Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** RA11 3940 883U S

| | | | | Date/Time Mailed: 12/26/2006 11:43 |
|---|---|---|---|---|
| **Destination** | **ZIP Code:** 20530 | | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 32125-3603 | | **City:** DAYTONA BEACH | **State:** FL |

**Class:** First Class

**Anticipated Delivery Date:** 12/29/2006

**Weight:** 0 lb(s) 3 oz(s)

**Firm Book ID:** 51L1 2964 2000 0000 2419

**Delv Rqmt:** Normal

| **Special Services** | | **PO Box?:** N | **Postage:** $0.87 | |
|---|---|---|---|---|
| RETURN RECEIPT | | | | |
| REGISTERED MAIL | | | | |

| | **Associated Labels** | | **Amount** | |
|---|---|---|---|---|
| | RA11 3940 883U S | | $1.85 | |
| | | | $7.90 | |

| **Event** | **Date/Time** | **Location** | | **Scanner ID** |
|---|---|---|---|---|
| DELIVERED | 01/03/2007 04:52 | WASHINGTON, DC 20530 | | 00A70W31Y |
| | Firm Name: JUSTICE DEPT 20530 | | | |
| | Recipient: 'M PARRIS' | | | |
| | Request Delivery Record | | | |
| | View Delivery Signature and Address | | | |
| ARRIVAL AT UNIT | 12/31/2006 00:49 | WASHINGTON, DC 20074 | | L129642 |
| ACCEPT OR PICKUP | 12/26/2006 11:43 | DAYTONA BEACH, FL 32125 | | |

Enter Request Type and Item Number:

Quick Search ⊙    Extensive Search ○

Explanation of Quick and Extensive Searches

Page 1 of