AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Edward J. Link

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV02113

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 12//2006

TO: (Name and address of Defendant)

   Civil Process Clerk
Jeffrey A. Taylor
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▬▬▬▬ (name and address)

Edward J. Link
32 Mayflower Lane
Buffalo, MO 65622
(417) 345-5492

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     **DEC 11 2006**

CLERK     DATE

_/s/ M. Higgins_
(By) DEPUTY CLERK

RECEIVED

NANCY MAYER-WHITTINGTON
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  12-26-06 |
| NAME OF SERVER (PRINT)  JAMES D. CASTELLI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): REGISTERED MAIL: # RA 139 408 70 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-26-06        *James D. Castelli*
             Date              Signature of Server

1620 Espanola Ave. #E, Holly Hill, FL 32117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Jeffrey A. Taylor
United States Attorney
District of Columbia
501 3rd Street NW
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [X]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 19 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
RA 112 678 108 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540