**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**EDWARD J. LINK,**                 )
                                    )
    **Plaintiff,**             )
                                    )
    v.                         )   Civil Action No. 06-2113 (GK)
                                    )
**UNITED STATES**                   )
                                    )
    **Defendant.**             )
_____)

## ORDER

    This matter comes before the Court upon Defendant's Motion to Dismiss, filed on March 5, 2007.  Plaintiff is proceeding pro se in this matter.

    In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion.  "That notice...should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case."  Id. at 509.  Accordingly, it is hereby

    **ORDERED** that Plaintiff respond to Defendant's Motion to Dismiss no later than **April 5, 2007.**  If Plaintiff does not

respond, the Court will treat the Motion as granted and enter judgment in favor of Defendant.

/s/
Gladys Kessler
U.S. District Judge

March 6, 2007

**Copies to**: attorneys on record via ECF and

**Edward J. Link**
**32 Mayflower Lane**
**Buffalo, MO 65622**