IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD J. LINK                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        No. 1:06-cv-2113-GK
                                        )
UNITED STATES,                          )
                                        )
                Defendant.              )

<u>UNITED STATES' LINE</u>

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA:

On March 5, 2007, the United States filed a fully supported motion to dismiss

Plaintiff's complaint.  On April 6, 2007, Plaintiff filed a response to the motion to

dismiss.  On April 17, 2007, the United States filed a reply to the response.  The United

States' motion to dismiss is now ripe for decision.  Please present the motion to dismiss

to the Court for consideration.

DATE: November 30, 2007                          Respectfully submitted,

                                                 /s/ Anne E. Blaess
                                                 ANNE E. BLAESS
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 227
                                                 Washington, DC 20044
                                                 Telephone: (202) 616-9806
                                                 Facsimile: (202) 514-6966
                                                 Email: Anne.E.Blaess@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' LINE was served upon

Plaintiff *pro se* on November 30, 2007, by depositing copies thereof in the United States'

mail, postage prepaid, addressed as follows:

EDWARD J. LINK
Plaintiff *Pro Se*
32 Mayflower Lane
Buffalo, MO 65622

 /s/ Anne E. Blaess
ANNE E. BLAESS