```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **EDWARD J. LINK**      ) | |
|                         ) | |
|       **Plaintiff**,    ) | |
|                         ) | |
|       v.                ) | **Civil Action No. 06-2113 (GK)** |
|                         ) | |
| **UNITED STATES**,      ) | |
|                         ) | |
|       **Defendant**.    ) | |

## ORDER

Plaintiff Edward J. Link, proceeding pro se, brings this action against the United States alleging unlawful disclosures of confidential tax information by the Internal Revenue Service ("IRS") when it recorded notices of IRS tax liens against Plaintiff in the public record. This matter is before the Court on the United States' Motion to Dismiss [**Dkt. No. 4**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that the United States' Motion to Dismiss is **granted**, and this case is **dismissed with prejudice.**

This is a final appealable Order. See Fed. R. App. P. 4(a).

March 27, 2008

/s/
Gladys Kessler
United States District Judge